# EXHIBIT "C"



**AlaFile E-Notice**

71-CV-2020-900132.00

To: DOOR & BUILDING COMPONENTS, INC. D/B/A DBCI (PRO SE)
7301 FAIRVIEW ST.
HOUSTON, TX, 77041-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA

JUDY FORTNER-HANSON V. DOOR & BUILDING COMPONENTS, INC. D/B/A DBCI ET
71-CV-2020-900132.00

The following CASE STATUS REPORT was FILED on 10/29/2020 2:44:35 PM

Notice Date:    10/29/2020 2:44:35 PM

AMY L. REEVES
CIRCUIT COURT CLERK
COFFEE COUNTY, ALABAMA
101 SOUTH EDWARDS STREET
ENTERPRISE, AL, 36330

334-347-2519

EXHIBIT "C"

ELECTRONICALLY FILED
10/29/2020 2:44 PM
71-CV-2020-900132.00
CIRCUIT COURT OF
COFFEE COUNTY, ALABAMA
AMY L. REEVES, CLERK

IN THE CIRCUIT COURT OF COFFEE COUNTY ALABAMA
ENTERPRISE DIVISION

| | |
|---|---|
| JUDY FORTNER-HANSON, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CV-2020-900132 |
| ) | |
| DOOR & BUILDING COMPONENTS, ) | |
| INCORPORATED, d/b/a DBCI; ) | |
| ARMY SUSTAINMENT, L.L.C; ) | |
| M1 SUPPORT SERVICES, L.P.; and ) | |
| Fictitious Parties 1-45, ) | |
| ) | |
|     Defendants. ) | |

### NOTICE OF DISMISSAL OF ARMY SUSTAINMENT, L.L.C. AS A PARTY DEFENDANT

COMES NOW the Plaintiff by and through her attorneys of record pursuant to Rule 41(a) of the *Alabama Rules of Civil Procedure* and hereby dismisses ARMY SUSTAINMENT, L.L.C. as a Defendant in this action.

This the 29th day of October, 2020.

Respectfully submitted,

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Post Office Drawer 6629
Dothan, Alabama 36302
Phone: 334.671.7959
Facsimile: 334.671.7957
info@rufusrsmith.com

**OF COUNSEL:**
Jeffrey C. Kirby (KIR002)
Chandler O. Kirby (KIR045)
**KIRBY JOHNSON, P.C.**
One Independence Plaza Drive
Suite 520
Birmingham, AL 35209
Phone: 205.458.3553
Facsimile: 205.458.3589
jkirby@kirbyjohnsonlaw.com
ckirby@kirbyjohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via US Mail, postage prepaid, to the following:

**DOORS & BUILDING COMPONENTS, INC.**
7301 Fairview St.
Houston, TX 77041

**M1 SUPPORT SERVICES, L.P.**
300 N Elm St. Ste 101
Denton, TX 76201

**ARMY SUSTAINMENT, LLC**
555 Industrial Dr. S
Madison, MS 39110

/s/ *Rufus R. Smith, Jr.*
OF COUNSEL

EXHIBIT "C"



**AlaFile E-Notice**

71-CV-2020-900132.00

To: ARMY SUSTAINMENT, LLC (PRO SE)
555 INDUSTRIAL DR. S
MADISON, MS, 39110-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA

JUDY FORTNER-HANSON V. DOOR & BUILDING COMPONENTS, INC. D/B/A DBCI ET
71-CV-2020-900132.00

The following CASE STATUS REPORT was FILED on 10/29/2020 2:44:35 PM

Notice Date:    10/29/2020 2:44:35 PM

AMY L. REEVES
CIRCUIT COURT CLERK
COFFEE COUNTY, ALABAMA
101 SOUTH EDWARDS STREET
ENTERPRISE, AL, 36330

334-347-2519

EXHIBIT "C"

DOCUMENT 1
ELECTRONICALLY FILED
10/29/2020 2:44 PM
71-CV-2020-900132.00
CIRCUIT COURT OF
COFFEE COUNTY, ALABAMA
AMY L. REEVES, CLERK

IN THE CIRCUIT COURT OF COFFEE COUNTY ALABAMA
ENTERPRISE DIVISION

| | |
|---|---|
| JUDY FORTNER-HANSON, )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>DOOR & BUILDING COMPONENTS, )<br>INCORPORATED, d/b/a DBCI; )<br>ARMY SUSTAINMENT, L.L.C; )<br>M1 SUPPORT SERVICES, L.P.; and )<br>Fictitious Parties 1-45, )<br>)<br>**Defendants.** ) | CV-2020-900132 |

## NOTICE OF DISMISSAL OF ARMY SUSTAINMENT, L.L.C.
## AS A PARTY DEFENDANT

COMES NOW the Plaintiff by and through her attorneys of record pursuant to Rule 41(a) of the *Alabama Rules of Civil Procedure* and hereby dismisses ARMY SUSTAINMENT, L.L.C. as a Defendant in this action.

This the 29th day of October, 2020.

Respectfully submitted,

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Post Office Drawer 6629
Dothan, Alabama 36302
Phone: 334.671.7959
Facsimile: 334.671.7957
info@rufusrsmith.com

1

EXHIBIT "C"

Case 1:20-cv-00904-RAH-SRW    Document 1-6    Filed 11/06/20    Page 7 of 10
DOCUMENT 17

**OF COUNSEL:**
Jeffrey C. Kirby (KIR002)
Chandler O. Kirby (KIR045)
**KIRBY JOHNSON, P.C.**
One Independence Plaza Drive
Suite 520
Birmingham, AL 35209
Phone: 205.458.3553
Facsimile: 205.458.3589
jkirby@kirbyjohnsonlaw.com
ckirby@kirbyjohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via US Mail, postage prepaid, to the following:

**DOORS & BUILDING COMPONENTS, INC.**
7301 Fairview St.
Houston, TX 77041

**M1 SUPPORT SERVICES, L.P.**
300 N Elm St. Ste 101
Denton, TX 76201

**ARMY SUSTAINMENT, LLC**
555 Industrial Dr. S
Madison, MS 39110

/s/ Rufus R. Smith, Jr.
OF COUNSEL

EXHIBIT "C"



**AlaFile E-Notice**

71-CV-2020-900132.00

To: M1 SUPPORT SERVICES, L.P. (PRO SE)
300 N. ELM STREET
SUITE 101
DENTON, TX, 76201-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA

JUDY FORTNER-HANSON V. DOOR & BUILDING COMPONENTS, INC. D/B/A DBCI ET
71-CV-2020-900132.00

The following CASE STATUS REPORT was FILED on 10/29/2020 2:44:35 PM

Notice Date:    10/29/2020 2:44:35 PM

AMY L. REEVES
CIRCUIT COURT CLERK
COFFEE COUNTY, ALABAMA
101 SOUTH EDWARDS STREET
ENTERPRISE, AL, 36330

334-347-2519

EXHIBIT "C"

ELECTRONICALLY FILED
10/29/2020 2:44 PM
71-CV-2020-900132.00
CIRCUIT COURT OF
COFFEE COUNTY, ALABAMA
AMY L. REEVES, CLERK

## IN THE CIRCUIT COURT OF COFFEE COUNTY ALABAMA
## ENTERPRISE DIVISION

| | | |
|---|---|---|
| **JUDY FORTNER-HANSON,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CV-2020-900132 |
| | ) | |
| **DOOR & BUILDING COMPONENTS, INCORPORATED, d/b/a DBCI; ARMY SUSTAINMENT, L.L.C; M1 SUPPORT SERVICES, L.P.; and Fictitious Parties 1-45,** | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DISMISSAL OF ARMY SUSTAINMENT, L.L.C.
### AS A PARTY DEFENDANT

COMES NOW the Plaintiff by and through her attorneys of record pursuant to Rule 41(a) of the *Alabama Rules of Civil Procedure* and hereby dismisses ARMY SUSTAINMENT, L.L.C. as a Defendant in this action.

This the 29th day of October, 2020.

Respectfully submitted,

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Post Office Drawer 6629
Dothan, Alabama 36302
Phone: 334.671.7959
Facsimile: 334.671.7957
info@rufusrsmith.com

1

EXHIBIT "C"

**OF COUNSEL:**
Jeffrey C. Kirby (KIR002)
Chandler O. Kirby (KIR045)
**KIRBY JOHNSON, P.C.**
One Independence Plaza Drive
Suite 520
Birmingham, AL 35209
Phone: 205.458.3553
Facsimile: 205.458.3589
jkirby@kirbyjohnsonlaw.com
ckirby@kirbyjohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via US Mail, postage prepaid, to the following:

**DOORS & BUILDING COMPONENTS, INC.**
7301 Fairview St.
Houston, TX 77041

**M1 SUPPORT SERVICES, L.P.**
300 N Elm St. Ste 101
Denton, TX 76201

**ARMY SUSTAINMENT, LLC**
555 Industrial Dr. S
Madison, MS 39110

/s/ *Rufus R. Smith, Jr.*
OF COUNSEL

2

EXHIBIT "C"